# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2025

## NO. 03-25-00556-CV

**Build 512, LLC d/b/a Alabaster Austin and Don Anthony Villarreal, Appellants**

**v.**

**Scott Gunter and Julia Gunter, Appellees**

## APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on April 23, 2025. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.